IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00082-WYD-MJW

SHIRLEY SEYERLE, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

WORDEN LAW OFFICE,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on February 6, 2014, it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated:  February 6, 2014

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge